**Opinion issued August 4, 2022**



In The

# Court of Appeals

### For The

# First District of Texas

_____

**NO. 01-21-00730-CV**

_____

**SCHARLOTTE HUGHES, Appellant**

**V.**

**MARIO SANCHEZ D/B/A ALL FIX, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-73545**

---

## MEMORANDUM OPINION

This is an appeal from the trial court's judgment signed September 29, 2021.

Appellant's brief was originally due on May 12, 2022. We granted one extension of

time to file the brief until June 13, 2022. On June 15, 2022, we issued a notice

advising appellant that unless the brief was filed within ten days, we might dismiss

the appeal for want of prosecution.  Appellant neither timely filed a brief nor requested an extension. *See* TEX. R. APP. P. 38.8(a)(1) (permitting appellate court to dismiss for want of prosecution for failure to file appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), 43.2(f).  We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.